IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

DONNA WARD,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:21-00194

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to the court his Proposed Findings and Recommendation ("PF&R") on November 1, 2021, in which he recommended that the court deny plaintiff's request for reversal or remand; grant defendant's request to affirm the decision below; affirm the final decision of the Commissioner; and dismiss this case from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Aboulhosn's Proposed Findings and Recommendation.  The failure of any party to file such objections within the time allowed constitutes a

waiver of such party's right to a de novo review by this court.
Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate
Judge's Findings and Recommendations within the required time
period. Accordingly, the court adopts the Findings and
Recommendations of Magistrate Judge Aboulhosn as follows:

1.  Plaintiff's request for reversal or remand is
    **DENIED**;

2.  Defendant's request to affirm the decision below
    is **GRANTED**;

3.  The final decision of the Commissioner is
    **AFFIRMED**; and

4.  This matter is **DISMISSED** from the court's docket.

The Clerk is directed to forward a copy of this
Memorandum Opinion and Order to counsel of record and
unrepresented parties.

**IT IS SO ORDERED** this 11th of July, 2022.

ENTER:

David A. Faber
Senior United States District Judge

2